NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1252

### U.S. PHILIPS CORPORATION,

Plaintiff-Appellee,

v.

### IWASAKI ELECTRIC COMPANY LTD.,

Defendant/Third-Party Plaintiff-
Appellant,

v.

### KONINKLIJKE PHILIPS ELECTRONICS N.V.,
### PHILIPS ELECTRONICS NORTH AMERICA CORP.,
### and PHILIPS INTERNATIONAL B.V.,

Third-Party Defendants-Appellees.

Appeal from the United States District Court for the Southern District of
New York in case no. 03-CV-0172, Judge P. Kevin Castel.

## ON MOTION

## O R D E R

U.S. Philips Corporation and Iwasaki Electric Company Ltd. move jointly for extensions of time, until May 26, 2009 for Iwasaki to file its principal brief, until July 10, 2009 for U.S. Philips to file its brief, and until July 24, 2009 for Iwasaki to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**APR 2 2 2009**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: John M. DiMatteo, Esq.
Nicholas Groombridge, Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 2 2009

JAN HORBALY
CLERK

2009-1252                    2